UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE CASTELLANOS,

           Plaintiff,

- against -

MID BRONX COMMUNITY HOUSING
MANAGEMENT CORP.,

           Defendant.

---

13 Civ. 3061 (JGK)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/10/14

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Francis, dated May 19, 2014. The Magistrate Judge recommends that the Court grant an award for the plaintiff in the amount of $21,410.10.

    No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and its conclusions are well founded. The Court therefore adopts the Report and Recommendation and directs the Clerk to **enter Judgment in favor of the plaintiff in the amount of $21,410.10, plus additional pre-Judgment interest at the rate of $1.05 per diem running from May 19, 2014 to the date on which Judgment is entered in this action.** The Clerk is also directed

to **close all pending motions** and to **close this case.**

SO ORDERED.

Dated:  New York, New York
        June 9, 2014

_____
John G. Koeltl
United States District Judge

2